# Court of Appeals
## Tenth Appellate District of Texas

10-24-00249-CV

Laurie Brown,
Appellant

v.

Barron Road Leasing, LLC,
Appellee

On appeal from the
361st District Court of Brazos County, Texas
Judge David G. Hilburn, presiding
Trial Court Cause No. 21-002713-CV-361

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

On June 30, 2025, the appellant, Laurie Brown filed a "Notice of Voluntary Dismissal of Appeal" which we construe to be a motion to dismiss this appeal because the parties have reached a settlement. The motion indicates that the parties have agreed to resolve their dispute and the appellant does not wish to pursue the appeal.

The motion to dismiss the appeal is granted.  Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a).

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  July 3, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

